IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:20-cr-7-KRG-KAP |
| MICHAEL LAMB, | : |
| Defendant | : |

Memorandum Order

    This morning, September 4, 2024, was the time scheduled for the bond violation hearing pursuant to 18 U.S.C.§ 3148 on the petition of the United States Probation & Pretrial Services Office at ECF no. 2395. (The arrest warrant is at ECF no. 2404; it was executed on August 29, 2024, *see* ECF no. 2410; this hearing was scheduled that day, *see* ECF no. 2411.)  After discussion, defendant waived hearing at this time without prejudice to rescheduling. I order the defendant detained pending sentencing, currently scheduled for September 16, 2024. As quickly as is practicable (so that the results can be available to the Court without causing a delay in sentencing) an evaluation of the defendant shall be conducted by the Cambria County Drug and Alcohol Commission to determine whether the defendant would benefit from any available inpatient or other type of treatment program.

DATE:  September 4, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to:

counsel of record, Pretrial Services, United States Marshal Service